UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO GARCIA DE LA CRUZ,**<br>**Plaintiff,**<br><br>v.<br><br>JOHN DOE (FCI Terminal Island),<br>Conrad M. Gruber (Warden at FCI Terminal Island), and<br>Ms. Lopez (Medical Administrator for FCI Terminal Island),<br><br>Defendants. | No. LA CV 16-01294 VBF (AS)<br><br>FINAL JUDGMENT |

Consistent with this Court's contemporaneously issued Order Dismissing the Action With Prejudice due to Plaintiff's Lack of Prosecution, Directing the Entry of Separate Judgment, and Terminating the Case, **final judgment is hereby entered in favor of all defendants and against plaintiff Armando Garcia de La Cruz.**

DATED:  Monday, September 12, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge