**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO GARCIA DE LA CRUZ, | NO. LA CV 16-01294-VBF (AS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| CONRAD GRABER, et. al., | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

///

///

**IT IS ORDERED** that Judgment shall be entered (1) dismissing defendant Lopez with prejudice; (2) dismissing Plaintiff's Americans With Disability Act claim without leave to amend; and (3) dismissing Plaintiff's Eighth Amendment claims without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 21, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE