JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GARCIA DE LA CRUZ, | NO. LA CV 16-01294-VBF (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CONRAD GRABER, et. al. | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of Magistrate Judge, IT IS ADJUDGED that defendant Lopez is dismissed with prejudice, Plaintiff's Americans With Disability Act claims are dismissed without leave to amend, and Plaintiff's Eighth Amendment claims are dismissed without prejudice.

Dated:  September 21, 2017

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE